# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147962(17)

FEDERAL HOME LOAN MORTGAGE
CORPORATION,
      Plaintiff-Appellee,

v

GEORGE TOSSA and JULIAN T. TOSSA,
      Defendants-Appellants.
_____/

SC: 147962
COA: 313407
Macomb CC: 2012-003039-AV

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filings its response to the application for leave to appeal is GRANTED. The response will be accepted as timely filed if filed on or before December 10, 2013.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2013



Clerk